UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EX REL. MICHAEL HUCUL,<br><br>Qui Tam Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA AND ITS DEPARTMENT OF CHILD SUPPORT SERVICES, ET AL.,<br><br>Defendants. | Case No.: 18cv1306 DMS (LL)<br><br>**ORDER TO SHOW CAUSE** |

On November 5, 2018, Michael Hucul filed the present case against a wide array of Defendants. In his Complaint, which he filed *pro se*, he alleges a claim under the False Claims Act, 31 U.S.C. § 3729, *et seq.* In accordance with Plaintiff's request, the Complaint was filed under seal.

On May 6, 2019, the United States submitted to the Court its Notice of Declination indicating it would not intervene in this case. Thereafter, Mr. Hucul filed a motion to maintain the Complaint under seal to allow him time to "obtain an attorney and/or seek direction on how to proceed with this action under 31 U.S.C. § 3730(C)(2)(a)." In that

motion, Mr. Hucul also requested "copies of the Government's file showing it diligently investigated this matter, as required under 31 U.S.C. § 3730(a), and why it decided to decline intervention." After that motion was filed, the Court accepted the Government's Notice of Declination for filing, and ordered the case unsealed.

In light of the United States' decision not to intervene in this case, Mr. Hucul is ordered to show cause why this case should not be dismissed. *See Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1127 (9th Cir. 2007) (holding "a *pro se* relator cannot prosecute a *qui tam* action on behalf of the United States[.]") Mr. Hucul shall submit a response to this Order on or before **July 29, 2019**.

**IT IS SO ORDERED**.

Dated: June 27, 2019

Hon. Dana M. Sabraw
United States District Judge